USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROGUE WAVE SOFTWARE, INC.,

          Plaintiff,

    -against-

BTI SYSTEMS INC., et al.,

          Defendants
------------------------------------------------------------X

**ORDER**
16 CV 7772 (VM) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 13, 2017, at 2:30 p.m. Counsel to the plaintiff shall initiate the call to (212) 805-6705.

Dated: New York, New York
       June 30, 2017

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE