UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x

ROGUE WAVE SOFTWARE, INC.,

        Plaintiff,

        v.

BTI SYSTEMS INC. and JUNIPER NETWORKS, INC.,

        Defendants.

------------------------------------------------ x

Case No.: 1:16-cv-07772-VM

**JOINT MOTION TO STAY LITIGATION**

Plaintiff Rogue Wave Software, Inc. ("RogueWave"), and Defendants BTI Systems Inc. and Juniper Networks, Inc. (together "Defendants"), hereby jointly move this Court to stay this litigation through January 3, 2018. The parties have met and conferred, reached a settlement in principle, and expect to present a dismissal order to this Court no later than January 3, 2018. In support of this joint motion, the parties state as follows:

    1.    The parties have reached an agreement in principle to settle this matter. The settlement contemplated by the parties, however, is more complicated than typical. The parties will require time to draft and execute a settlement agreement. Because of the holiday season, this may require slightly more time than usual.

    2.    This matter has various deadlines pending, including this week and next week. In the interim, in an effort to conserve resources for both the Court and the parties, the parties have agreed to cease all efforts in this litigation and to focus their resources on finalizing their settlement. As a result, the parties request that the Court stay this litigation through January 3, 2018 to allow the parties time to formalize their settlement and present a dismissal order.

129963580v1

3. As a result of the agreement in principle, the parties are working in good faith to prepare a formal settlement agreement and draft dismissal orders. The parties expect to complete these matters before January 3, 2018.

4. The Court has broad, inherent authority to stay proceedings to manage "the disposition of causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also, Stone v. Immigration and Naturalization Service*, 514 U.S. 386, 411 (1995) ("[W]e have long recognized that courts have inherent power to stay proceedings."). In this instance, exercising that discretion will save this Court and the parties' considerable resources. The parties are not interposing this request for purposes of delay or any other inappropriate reason.

5. Attached to this Motion as **Exhibit 1** is an agreed Proposed Order.

Dated: December 20, 2017                Respectfully submitted,

/s/Terence P. Ross                                     /s/James D. Kilroy
Terence P. Ross                                          James D. Kilroy (admitted *pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP    Ellie Lockwood (admitted *pro hac vice*)
2900 K Street NW                                       SNELL & WILMER LLP
North Tower – Suite 200                            1200 17th Street, Suite 1900
Washington, DC 20007-5118                     Denver, Colorado 80202
Phone: (202) 625-3676                               Phone: (303) 634-2000
Facsimile: (202) 298-7570                          Facsimile: (303) 634-2020
terence.ross@kattenlaw.com                     jkilroy@swlaw.com

Jessica M. Garrett                                       Kaleb McNeely (KM-2011)
KATTEN MUCHIN ROSENMAN LLP    Daniel Goldberger (DG-2440)
575 Madison Avenue                                  DORSEY & WHITNEY LLP
New York, New York 10022                     51 West 52nd Street
Phone: (212) 940-8800                               New York, New York 10019
Facsimile: (212) 940-8776                          Phone: (212) 415-9200
jessica.garrett@kattenlaw.com                   Mcneely.kaleb@dorsey.com
                                                                     Goldberger.dan@dorsey.com

*Attorneys for Defendants BTI*                 *Attorneys for Plaintiff Rogue Wave*
*Systems Inc. and Juniper Networks, Inc.*  *Software, Inc.*

129963580v1